UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC MADERA,

                        Plaintiff,

            -against-

RIKERS ISLAND DOC; BOB BARKER
COMPANY INC.,

                    Defendants.

25 CIVIL 07076 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 31, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 31, 2026

        New York, New York

                                  /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                           Chief United States District Judge